PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:08CR00:.23-001 (~~JJF~~) LPS

DOCKET NUMBER *(Rec. Court)*
2:12-cr-178

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jose Serrano | Delaware | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Joseph J. Farnan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 22, 2012 / TO March 21, 2022 |

FILED
APR 18 2012
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

OFFENSE

Counts One: Conspiracy to possess with intent to distribute cocaine 21 .S.C. § 841(a)(1) & (b)(1)(A) and § 846;
Count One (Information): Conspiracy to possess with intent to distribute marijuana 21 U.S.C. (a)(1) and (b)(1)(c) and §846;
Count Two (Information): Conspiracy to commit money laundering 18 U.S.C. § 1956(a)(1)(A)(1) and (h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania and upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

[signature] April 10, 2012

*Date* *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date* *United States District Judge*