PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

**May 12, 2016**

U.S.A. vs. Jose Serrano Case No. 12CR00178-MSG-1

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Carmen Vazquez-Ongay U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jose Serrano who was placed on supervised release by the Honorable Joseph J. Farnan, Jr. sitting in the Court at Wilmington DE. on the 10th day of December 2009 who fixed the period of supervision at ten years. and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Conspiracy to possess with intent to distribute more than five kilograms of cocaine (Count One of the Indictment); conspiracy to possession with intent to distribute more than 30 kilograms of marijuana (Count One of the Information); and conspiracy to commit money laundering (Count Two of the Information).

ORIGINAL SENTENCE: The defendant was committed to the United States Bureau of Prisons for a period of 60 months on Count One of the Indictment, 50 months on Count One of the Information and 60 months on Count Two of the Information, all counts to run concurrent with each other. Upon release from prison the defendant shall be on supervised release for a term of ten years on Count One of the Indictment, six years on Count One of the Information, and three years on Count Two of the Information, all terms to run concurrent with each other. A $300 special assessment was also imposed.

SPECIAL CONDITIONS: The following special conditions were imposed: 1) That the defendant provide the probation officer with access to any financial information; 2) That the defendant participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing; and 3) that the defendant participate in an educational/vocational training program, at the direction of the probation officer which may include participation in the U.S. Probation Office's Workforce Development Program.

**RE:** Serrano, Jose
**Case No.** 12CR00178-MSG-1

| | |
|---|---|
| TRANSFER OF SUPERVISION/ JURISDICTION: | On April 23, 2012, Your Honor accepted jurisdiction of this case from the District of Delaware.<br><br>On January 15, 2015, the defendant returned to Delaware to reside and supervision was transferred to the District of Delaware, with jurisdiction remaining in the Eastern District of Pennsylvania. |
| DATE SUPERVISION COMMENCED: | March 22, 2012 |
| DATE SUPERVISION TERMINATES: | March 21, 2022 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A. Standard Condition: While on supervised release you shall not commit another Federal, state or local crime.

On March 31, 2016, Jose Serrano was detained by agents from the Drug Enforcement Administration (DEA) Wilmington, Delaware for alleged drug trafficking. The defendant has not yet been charged on this matter.

According to investigative reports provided by the DEA, members of the DEA Wilmington Resident Office received information from a confidential source (CS) regarding the shipment of 17 pounds of high grade marijuana through the United States Postal Service. According to the CS, the defendant was the ultimate recipient of the delivery.

The CS under the direction of the Task Force Officers (TFO) and DEA Agents engaged in several cellular telephone calls with the defendant. During these telephone conversations the CS advised the defendant of the arrival of the marijuana shipment. The defendant instructed the CS to take the marijuana shipment to his house that he would meet the CS at his house later that day.

Surveillance of the defendant's residence was established. The agents observed the defendant leave his residence. At which time, the agents instructed the CS to travel to his residence with the marijuana shipment and wait for the defendant arrival. In the meantime, the defendant was observed by the surveillance team to be driving past the DEA Wilmington Resident Office and then traveling to a church parking lot.

Back at the defendant's residence, the surveillance team observed the defendant's brother, Luis Molina, leaving the defendant's residence and approach one of the surveillance unit vehicles. Molina was then observed running to the church parking lot and entering the defendant's vehicle. They both left the church parking lot and drove to a Shop Rite where they were taken into custody by the agents.

The defendant was transported back to the DEA Wilmington Resident Office and he immediately began to cooperate with the agents. According to the report, the defendant admitted that he was the recipient of the marijuana shipment. He also revealed that for the past seven months he received shipments of marijuana from an Anand Bakshi, from Lake Tahoe, California. He stated reported purchasing the marijuana for approximately $1,300 and selling for between $2,800 and $3,000 a pound.

The defendant's residence was searched and from the basement TFO Cornbrooks located a purple suitcase containing approximately three (3) pounds marijuana. From inside a toolbox they recovered sixteen (16) clear plastic bags of prepackaged marijuana weighting about 685.59 grams.

The defendant has not been officially charged in this case. The Court should be aware that on April 28, 2016, during an office visit, the defendant stated to this officer that he became involved in the distribution of marijuana because he needed to earn extra money. The money from the drug proceeds would pay back family members for the money they previously lent him for bail and the lawyers on the pending local matter (listed in Charge B). The defendant stated to this officer that it was not his intention to continue to sell drugs, and that he would stop once he paid all the money back.

**GRADE OF VIOLATION** **A**

B. Standard Condition: While on supervised release you shall not commit another Federal, state or local crime.

On May 12, 2015, Jose Serrano was arrested by Philadelphia Police and was charged with theft/unlawful taking, theft by deception, forgery, and tampering with records.

On May 26, 2015, the defendant posted 10% on $175,000 bail. His trial is scheduled for July 13, 2016.

According to the Affidavit of Probable Cause, the defendant owned and operated JMS Unique Investments LLC, and transferred numerous deeds fraudulently to his company.

On May 24, 2012, the defendant allegedly created an unlawful deed transferring property located at 4210 Pulaski Avenue, Philadelphia, PA from Nelson Parrish and Lillian Parrish to JMS Unique Investments LLC, for $7,000. Gloria Stipanovic purportedly notarized Nelson and Lillian Parrish's signatures. Lillian Parrish died on December 16, 1996 and

Nelson Parrish died on October 14, 1998. According to the Philadelphia Police, their son, Nelson Parrish, Jr. advised them he did not transfer or sell his parents property, nor did he authorize the sale or transfer his father's home. The fraudulent deed was recorded on May 24, 2012.

On May 24, 2012, the defendant allegedly created an unlawful deed transferring the property located at 5235 Pulaski Avenue, Philadelphia, PA from Viola Fripps to JMS Unique Investments LLC, for $7,000. Gloria Stipanovic purportedly notarized Viola Fripps' signature. Viola Fripps died on July 12, 1997. The fraudulent deed was recorded on May 24, 2012.

On August 24, 2014, Officer Patricia Wong from the Philadelphia Police Department's External Services Unit, contacted notary Gloria Stipanovic who denied notarizing any documents for JMS Unique Investments LLC or Jose Serrano. She reported only notarizing documents for Bank of America. She further denied notarizing the deeds for 4210 Pulaski Avenue and 5235 Pulaski Avenue.

**GRADE OF VIOLATION** **B**

**RE:** Serrano, Jose
**Case No.** 12CR00178-MSG-1

PRAYING THAT THE COURT WILL ORDER... **THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE TO APPEAR AT A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

James D. Muth

James D. Muth
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date May 12, 2016

CVO

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this 19
day of May, 2016 and ordered filed and made part of the records in the above case.

U. S. District Court Judge